UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>STEVEN COY,<br><br>      Defendant. | No. CR11-401Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

 (1) The Honorable Thomas S. Zilly recuses himself and the case is reassigned in rotation to the Honorable Ricardo S. Martinez, United States District Judge. All future pleadings shall bear the cause number CR11-401RSM.

 (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 2nd day of May, 2012.

                WILLIAM M. McCOOL, Clerk

                    s/Claudia Hawney
                By _____
                  Claudia Hawney
                  Deputy Clerk

MINUTE ORDER 1–